ELIZABETH STEWART, as Administratrix of the Estate of JOSEPH W. STEWART, Deceased, Respondent, *v.* UNION BAG AND PAPER COMPANY, Appellant.

*Stewart* v. *Union Bag & Paper Company*, 159 App. Div. 929, affirmed.

(Argued December 8, 1914; decided January 5, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 1, 1913, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff's intestate through the negligence of defendant, his employer.

*Danforth E. Ainsworth* for appellant.

*Erskine C. Rogers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, HOGAN, MILLER, CARDOZO and SEABURY, JJ.